Carlos Q. Garrison
Plaintiff

Franklin County, OH.; Ohio State Highway Patrol; Columbus Police Dept. Detective Div.; Franklin County Sheriff's Office; Det. Andrew Borba #2633; Det. Jeremy Ehrenborg # UNK; Det. James Walker #2976; Det. Joel Mefford #2664; Tpr. Micheal D. Rucker #0149, Tpr. Timothy Ehrenborg #1441; Tpr. Suhu Peng
Defendants

## STATEMENT OF FACTS

1. Date of Incident: On or about June 7, 2022, Plaintiff being a passenger of a vehicle was stopped by multiple Ohio State Higway Patrol officers while lawfully traveling in Madison County, Ohio.

2. Reason for Stop: Tpr. Rucker falsely alleges stop was initiated because of an speeding infraction. But later discovered it was initiated because of a phone call from Det. Borba to Tpr. Rucker Requesting to stop vehicle because on a hunch he believes he

observed a drug deal

3. Officer Misconduct:
   - Officers intentionally turned off audio to body cameras during the stop, preventing documentation accountability of their actions.
   - Officers wrote false reports, containing statements known by Plaintiff to be untrue. And omissions of pertinent information and facts.
   - Officers engaged in conduct that violated proper procedures and policies.

4. Supervisory / Policy Failures:
   - Franklin County, Columbus Police Dept. Detective Div., and Ohio State Higway Patrol failed to properly train or supervise officers, allowing unconstitutional actions to occur.
   - The County maintained policies, customs, or practices that enabled officers to act without accountability, including failure to prevent bodycam audio deactivation and report fabrication.

5. Prolonged Incarceration:
   - As a direct result of the stop and officer misconduct, Plaintiff has been incarcerated for over three (3) years.

2

- During this period, Plaintiff suffered extreme personal, financial, and emotional harm.

6. Damages
   - Loss of property: Plaintiff lost a home and vehicle as a result of prolonged incarceration.
   - Loss of income and employment: Plaintiff has been unable to work and lost opportunities due to incarceration.
   - Emotional and psychological harm: Plaintiff has experienced severe trauma, stress, and mental anguish.

7. Attempts at Redress:
   - Plaintiff did not file grievances at the time of the incident but is now seeking redress through formal legal channels.
   - Plaintiff has filed a Notice of Claim with Franklin County and issued a Demand Letter seeking compensation for damages suffered.

8. Current Status
   - Plaintiff remains incarcerated on the pending charges related to stop.

3

- Plaintiff's claims regarding false arrest, malicious prosecution, and fabrication of evidence may only be pursued if convicted and when the conviction is overturned or vacated.
- Plaintiff preserves all rights to amend complaints in the future to include additional claims and are legally permissible.

Conclusion:

The actions and omissions of Franklin County and Ohio State Highway Patrol officers, their supervisors, and the County itself caused Plaintiff significant and lasting harm. Plaintiff seeks compensation, policy reform, and accountability for these violations of civil rights and constitutional protections.

Prepared by
Carlos Q. Garrison   *(signature)*
Carlos Q. Garrison
December 9, 2025.

4